

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00045-CV

| | | |
|---|---|---|
| VEENA SHARMA, Appellant | § | On Appeal from the 481st District Court |
| | § | of Denton County (16-09986-362) |
| V. | | |
| | § | May 9, 2024 |
| GUATAM JANI, Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's final divorce decree. It is ordered that the divorce decree is affirmed in part and reversed and remanded in part. We reverse the trial court's fraud findings of $6,535.48 and $20,334.06 in the divorce decree and remand this case to the trial court for a new and correct division of the community estate. We affirm the rest of the divorce decree.

It is further ordered that each party must bear their own costs of this appeal.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr